1  Paul H. Duvall (CA State Bar # 73699)
   pduvall@kingballow.com
2  KING & BALLOW
3  9404 Genesee Avenue; Suite 340
   La Jolla, CA 92037-1355
4  858/597-6000 Facsimile: 858/597-6008
5
6  Attorney for Defendant Integra Software Systems, LLC
7

E-filing

ORIGINAL FILED
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLESALE AMERICA MORTGAGE, INC. dba California Financial Group,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRA SOFTWARE SYSTEMS, LLC, and DOES 1-50, inclusive,<br><br>**Defendant** | Case No.: C08-02720 MMC<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>(Local Rule 3-16) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

- 1 -

CERTIFICATION OF INTERESTED PARTIES

1 | subject matter or in a party that could be substantially affected by the outcome of this
2 | proceeding;
3 |
4 |     Gerald Pratt, President and part owner of Integra Software Systems, LLC.
5 |     Richard Allen, Sr. Vice President and part owner of Integra Software Systems,
6 | LLC.
7 |
8 |     Timothy Bartek, Sr. Vice President and part owner of Integra Software Systems,
9 | LLC.
10 |
11 |
12 | DATED:    May 29, 2008            KING & BALLOW
13 |
14 |                                  _____
15 |                                  Paul H. Duvall (CA State Bar # 73699)
16 |                                  9404 Genesee Avenue; Suite 340
                                     La Jolla, CA 92037-1355
17 |                                  Telephone: 858/597-6000
                                     Facsimile: 858/597-6008
18 |                                  pduvall@kingballow.com
                                     Attorney for Defendant
19 |
20 |
...
28 |

**PROOF OF SERVICE BY MAIL**

I, Sherie Johnson, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by King & Ballow in the County of San Diego, State of California. My business address is 9404 Genesee Avenue; Suite 340; La Jolla, California 92037.

2. On May 29, 2008, I served a true copy of the attached document entitled **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** by placing it in a sealed envelope with postage fully prepaid addressed as below and placed said envelope for collection and mailing on that date following ordinary business practices:

> Richard T. Bowles, Esq.
> Veronica O. Benigno, Esq.
> **BOWLES & VERNA LLP**
> 2121 N. California Boulevard, Suite 875
> Walnut Creek, CA 94596
> Telephone: 925/935-3300; Facsimile: 925/935-0371
> **Attorneys for Plaintiff;**
> **WHOLESALE AMERICA MORTGAGE dba California Financial Group**

3. I am familiar with King & Ballow's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in La Jolla, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2008, at La Jolla, California.

*/s/ Sherie Johnson*
Sherie Johnson

- 1 -

PROOF OF SERVICE