Paul H. Duvall (CA State Bar # 73699)
pduvall@kingballow.com
KING & BALLOW
9404 Genesee Avenue; Suite 340
La Jolla, CA 92037-1355
858/597-6000 Facsimile: 858/597-6008

Attorney for Defendant Integra Software Systems, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLESALE AMERICA MORTGAGE, INC. dba California Financial Group,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRA SOFTWARE SYSTEMS, LLC, and DOES 1-50, inclusive,<br><br>Defendant | Case No. C08-02720 MMC__<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>DATE: July 18, 2008<br>TIME: 9:00 a.m.<br><br>HONORABLE MAXINE M. CHESNEY; COURTROOM 7; 19TH FLOOR; 450 GOLDEN GATE AVENUE; SAN FRANCISCO, CA 94102 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that on July 18, 2008, this Court heard oral argument on the motion to dismiss pursuant to Rule 12 (b)(3), Federal Rules of Civil Procedure, filed by Defendant, Integra Software Systems. After hearing argument and

1 considering all documents filed on behalf of the parties regarding the motion, the
2 Court grants the motion to dismiss for improper venue.
3
4
5 IT IS SO ORDERED.
6
7
8 Dated: _____     _____
9                                                   United States District Judge
                                                  Hon. Maxine M. Chesney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE BY MAIL

I, Sherie Johnson, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by King & Ballow in the County of San Diego, State of California. My business address is 9404 Genesee Avenue; Suite 340; La Jolla, California 92037.

2. On June 5, 2008, I served a true copy of the attached document entitled [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS by placing it in a sealed envelope with postage fully prepaid addressed as below and placed said envelope for collection and mailing on that date following ordinary business practices:

> Richard T. Bowles, Esq.
> Veronica O. Benigno, Esq.
> BOWLES & VERNA LLP
> 2121 N. California Boulevard, Suite 875
> Walnut Creek, CA 94596
> Telephone: 925/935-3300; Facsimile: 925/935-0371
> Attorneys for Plaintiff; WHOLESALE AMERICA MORTGAGE

3. I am familiar with King & Ballow's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in La Jolla, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2008, at La Jolla, California.

/S/ Sherie Johnson
Sherie Johnson