RICHARD T. BOWLES (#46234)
STEVEN P. MCFARLANE (#240488)
VERONICA O. BENIGNO (#238053)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com

Attorneys for Plaintiff
Wholesale America Mortgage dba California Financial Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLESALE AMERICA MORTGAGE, INC. dba CALIFORNIA FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRA SOFTWARE SYSTEMS, LLC, and Does 1-50, inclusive,<br><br>Defendants. | CASE NO.: C08-02720 MMC<br><br>DECLARATION STEVEN P. MCFARLANE IN OPPOSITION TO DEFENDANT INTEGRA SOFTWARE SYSTEM, LLC'S MOTION TO DISMISS<br><br>Date: July 18, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7<br>Judge: Honorable Maxine M. Chesney |

I, STEVEN P. MCFARLNE, declare

1. I am an attorney licensed to practice before this Court and all the courts of the State of California and am associated with the law firm of Bowles & Verna, LLP, attorneys for Plaintiff in this action: Wholesale America Mortgage, Inc. dba California Financial Group. I have personal knowledge of the information and facts contained herein and could and would competently testify thereto.

2. On June 27, 2008, I personally accessed the website of Defendant Integra Software Systems, LLC. Attached hereto as Exhibit A is a true and correct copy of two pages from Integra's website, indicating that Integra has offices in Franklin, Tennessee; Brookville, Maryland; and Santa Clarita, California. Specific attention is directed to the bottom of the "About INTEGRA" webpage, under the heading "INTEGRA Today."

//

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct. Executed this 27th day of June, 2008 in Walnut Creek, California.

/s/ Steven P. McFarlane
STEVEN P. MCFARLANE

# EXHIBIT A



Friday June 27

Search

Home | Site Map | Contact | FAQ Block

# Contact

- Contact
- Map & Directions
- Career Opportunities

### Administrative Office

INTEGRA Software Systems
117 Seaboard Lane
Building F, Suite 290
Franklin, Tennessee 37067
Phone: (615) 595-0900
Fax: (615) 628-0100
Email: Integra@Integra-Online.Com

### Customer Service

(615) 595-0900 Press option #1
Support@Integra-Online.com

### Sales Office

INTEGRA Software Systems
21416 Denit Estates Drive
Brookeville, MD 20833
Phone: (877) 253-7779
Fax: (301) 774-4422
Email: tbartek@integra-online.com

First Name:*
Last Name:*
Company:*
Address:*
Address:
City:*
State:* Select One
Zip Code:*
Email:*
Phone:*
Comments:

Submit
Email - OR - Print





Friday June 27

Home | Site Map | Contact | FAQ

## About INTEGRA

**About Us**
**Management**
**Partners**
**Conferences**
**Newsletters**
**News**

INTEGRA'S Better Way...

When Jerry Pratt and Rick Allen started INTEGRA Software Systems in 1996, there were already several large competitors in the mortgage software industry. Many mortgage lenders across the country, though, were frustrated with their poorly performing and/or costly, difficult-to-use loan origination software products. INTEGRA principals were already veterans of the mortgage software business, and they knew that there was a better way— to make integrity with customers as paramount—and hence the company's name: INTEGRA. Tim Bartek, the company's other principal and also an experienced mortgage professional, joined INTEGRA in 1998 when the first **Destiny** version was commercially launched.

### INTEGRA's primary objective was to develop ONE comprehensive mortgage loan origination system that:

1) Includes a broad range of up-to-date loan origination functionality
2) Is customizable to meet customers' needs
3) Can be easily implemented
4) Is user friendly for operation by people at all levels of a mortgage lending business and
5) Is reliable

### INTEGRA Customer Service—Walking the Walk

Unlike many of competitors, INTEGRA places clients first in every aspect of the business. We don't just talk the talk about clients. We firmly believe that our success over the past decade has been dependent on how well we have partnered with our clients. That includes listening to each of them via:

1) Ongoing **Destiny** application implementations, training and software development projects
2) Our Client Advocates—an experienced INTEGRA staff member is assigned to each client as a primary contact and stays in touch at on a regular basis.
3) The INTEGRA Forum that enables clients to interact online with other INTEGRA clients and staff—to get the most out of their own **Destiny** system.
4) Our 3-day Annual Users' Conference.
5) Our Users' Group (formed in 2006) that includes client and INTEGRA representatives who discuss priority issues on a monthly basis.

"Destiny's web functionality has been central to our online approach with lenders. We have over 400 lenders who can log on to get reservations and request funding online, track funds, check status and do basically anything to monitor any key point in the loan process. They love it, and most say that it's one of the best systems they work with."
Read More
Jennifer Redden, System Development Specialist, Kentucky Housing Corporation

All of these avenues and others keep us in touch with our clients—and the mortgage industry—and enable us to roll out the best loan origination software we possibly can.

INTEGRA has made hundreds of enhancements to its **Destiny** product over the years and continues to regularly add features and functionality as requested by its customers. Time after time new customers are pleasantly surprised with the switch to INTEGRA and tell us, "It works like it is supposed to work and like you said it would...unlike other LOS software we've used."

### INTEGRA Today

The company operates from its headquarters in Franklin, Tennessee, south of Nashville, and has sales offices in Brookville, MD and Santa Clarita, CA. We believe that INTEGRA compares favorably with any top, end-to-end mortgage software vendor. But don't take our word for it. Take a look at Destiny and see for yourself. And hear from our customers.

We know that your mortgage origination system is the key technology component of your mortgage business—whether yours is a traditional retail or wholesale lender, a bank, a non-conforming lender, or other mortgage lending organization. If you really want to stand out in the mortgage lending crowd in your market(s), take a look at Destiny.



© 2006 Integra Software Systems    Site By: No Spin Marketing and iDesign, Inc    Product | Services | Customer Stories | FAQ's | About Us | Support | Contact | Site Map