IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WHOLESALE AMERICA MORTGAGE INC.,

        Plaintiff,

  v.

INTEGRA SOFTWARE SYSTEMS, LLC,

        Defendant.
                                      /

No. CV-08-2720 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the motion to dismiss is hereby GRANTED, and the complaint is hereby DISMISSED, without prejudice to plaintiff's refiling the complaint in the parties' selected forum, specifically, a court in Davidson County, Tennessee.

Dated: July 15, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk